IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIE GENE GULLEY, JR., )
          Plaintiff )
)
vs. ) Civil Action No. 06-131J
) Judge Kim R. Gibson/
SCOTT HAYMAKER; DOUG KUMAR; ) Magistrate Judge Amy Reynolds Hay
DONALD ROBERTSON; JOHN DOE 1; )
JOHN DOE 2; JOHN DOE 3; JOHN DOE 4 )
JOHN DOE 5, )
          Defendants )

## ORDER

AND NOW, this **23rd** day of **March**, 2009, after the Plaintiff, Willie Gene Gulley, Jr., filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 23, 2009, to file written objections thereto, upon consideration of the objections filed by plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [Doc. 64] is GRANTED pursuant to to Fed.R.Civ.P. 56.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
KIM R. GIBSON
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Willie Gene Gulley, Jr.
11148068
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

All Counsel of Record by electronic filing